IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| EMMANUEL C. GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 2:14-cv-0651 |
| | § | |
| AUTOTRADER.COM, INC., | § | JURY DEMAND |
| | § | |
| Defendant. | § | |

## ORDER ON UNOPPOSED MOTION TO EXTEND DEADLINE

CAME ON THIS DAY for consideration of the Unopposed Motion for Extension of Time on behalf of Plaintiff, Emmanuel C. Gonzalez, in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED that the deadline for filing a responsive brief to Defendant's Motion to Transfer Venue [Docket No. 13] shall be extended until September 2, 2014. It is further ORDERED that Plaintiff shall be given leave to conduct limited venue-related discovery.

**SIGNED this 28th day of July, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE